IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARK ANTHONY ADELL,

    Plaintiff,                                         JUDGMENT IN A CIVIL CASE

v.                                                       13-cv-452-wmc

JUDY SMITH, CATHY JESS and
COLLEEN JANIKOWSKI,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Mark Anthony Adell's request for leave to proceed and dismissing this case with prejudice for failure to state a claim upon which relief can be granted.

| /s/ | 12/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |