# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARK ANTHONY ADELL,

                Plaintiff,

      v.

JUDY SMITH, *et al.*,

                Defendants.

ORDER

12-cv-452-wmc

---

Plaintiff Mark Anthony Adell filed a civil action under 42 U.S.C. § 1983, alleging that he was denied access to adequate legal materials.  On December 23, 2013, the court dismissed this action for failure to state a claim upon which relief may be granted. Adell has now filed a motion for reconsideration, which is construed as one seeking to alter or amend the judgment under Fed. R. Civ. P. 59(e).  To prevail on a motion under Rule 59(e), the moving party must identify an error of law that merits reconsideration of the judgment. *See Obriecht v. Raemisch*, 517 F.3d 489, 494 (7th Cir. 2008); *Sigsworth v. City of Aurora, Ill.*, 487 F.3d 506, 511-12 (7th Cir. 2007).  Adell does not show that the dismissal order was entered in error or that he is entitled to relief from the judgment.  Accordingly, the motion will be denied.

## ORDER

IT IS ORDERED that plaintiff Mark Anthony Adell's motion for reconsideration (Dkt. # 18) is DENIED.

Entered this 21st day of January, 2014.

BY THE COURT:

WILLIAM M. CONLEY
District Judge